IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| ALVETA NUZUM, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *    No. 3:10-cv-00116-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * |
| Social Security Administration, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

IT IS SO ORDERED this 12th day of May, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1